**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 35 MAL 2016

        : 

       Respondent    :    Petition for Allowance of Appeal from

        :    the Order of the Superior Court

        : 

       v.    : 

        : 

        : 

        : 

STEPHEN CHACA AYRES,    : 

        : 

       Petitioner    : 

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.

     Justice Donohue did not participate in the consideration or decision of this matter.